EXHIBIT N

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF RICHMOND

CERTIFICATE OF DISPOSITION
NUMBER: 21726

THE PEOPLE OF THE STATE OF NEW YORK
VS

TORTORA, ROBERT
Defendant

12/19/1948
Date of Birth

146 KENNINGTON STREET
Address

3581926R
NYSID Number

STATEN ISLAND           NY
City            State   Zip

05/02/2014
Date of Arrest/Issue

Docket Number: 2014RI004393

Summons No:

140.20 140.10 155.25 165.40
Arraignment Charges

Case Disposition Information:

| Date | Court Action | Judge | Part |
|------|--------------|-------|------|
| 09/18/2014 | DISMISSED - MOTION OF DA | MEYER, A | AP1 |

NO FEE CERTIFICATION

X GOVERNMENT AGENCY    _ COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

SOURCE  _ ACCUSATORY INSTRUMENT  X DOCKET BOOK/CRIMS  _ CRC3030[CRS963]

I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN THIS COURT.

GOLANT, L    *L. Golant*
COURT OFFICIAL SIGNATURE AND SEAL

10/20/2015
DATE        FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)

DEF 56

R. LATOUR

01R1004393

14-0386

# OFFICE OF THE DISTRICT ATTORNEY
# RICHMOND COUNTY, N.Y.

14-0386

| DEFENDANT NAME | | DOB | SEX | NYSID | CHARGES | | BAIL BOND | PENDING OR RELATED CASES |
|---|---|---|---|---|---|---|---|---|
| TORA, | ROBERT | 12/9/48 | M | 3581928 | 140.20 | | | |
| | FIRST | | | | | | | |

| DEFENSE COUNSEL NAME | TELEPHONE |
|---|---|
| FIRST | |

| NOTICES | DATE |
|---|---|
| GRAND JURY | |
| IDENTIFICATION | |
| STATEMENTS | |
| ALIBI | |

| INDICTMENT NO. | |
|---|---|
| | DATE OF ARREST |
| | DATE INDICTMENT FILED |
| | CHARGES DISMISSED |
| | DATE ARRAIGNED ON INDICTMENT |
| | RETURN TO CRIM. CT. |

| WAIVER OF APPEAL | | |
|---|---|---|
| DEF # | ORAL NOTICE RECEIVED | WRITTEN NOTICE FILED |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |

## PROCEEDINGS

| JUDGE | COURT REPORTER | DEF STATUS | ACTIONS AND REASONS | ADA | ADJ DATE | TIME CHARGED TO THE PEOPLE - READY RULE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | INDICTMENT 45 DAYS | BAIL / PAROLE 90 DAYS | DISMISSAL 6 MONTHS | |
| | | | Dismissed - Cannot prove (BK1) | | | | | | |

DEF 71