```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ROBERT TORTORA,

                        Plaintiff,                                      JUDGMENT
        -v-
                                                                        15-CV-3717 (MKB)

CITY OF NEW YORK, POLICE DETECTIVE
MALCOLM DANZINGER, POLICE OFFICER
TIMOTHY DONNELLY and POLICE OFFICERS
JOHN/JANE DOES # 1–3,

                        Defendants.
------------------------------------------------------------ X
```

A Memorandum and Order of Honorable Margo K. Brodie, United States District Judge, having been filed on March 30, 2019, granting Defendants' motion for summary judgment; and dismissing Plaintiff's claims; it is

ORDERED and ADJUDGED that the Defendants' motion for summary judgment is granted; and that Plaintiff's claims are dismissed.

Dated: Brooklyn, NY                                  Douglas C. Palmer
       March 30, 2019                                Clerk of Court

                                            By:     /s/*Jalitza Poveda*
                                                    Deputy Clerk